**Order entered February 24, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01213-CV

### CHRISTOPHER WREH, Appellant

### V.

### ALEX GIANOTOS, BOSTEN GOLDSCHMIED, & BG INCORPORATED, Appellees

### On Appeal from the County Court at Law No. 4
### Dallas County, Texas
### Trial Court Cause No. CC-19-05068-D

## ORDER

This is an appeal from a judgment of possession. The judgment recites it was signed on September 26, *2016*, but the suit was filed, and heard, in 201*9*.

To ensure our jurisdiction, we directed appellant to obtain a judgment nunc pro tunc which accurately reflected the date the judgment was signed. We further directed appellant to have filed a supplemental clerk's record containing a copy of the revised judgment.

As reflected in a "nunc pro tunc order" filed in this Court on February 5, 2020, the trial court has corrected the judgment to reflect it was signed in 201*9*. However, a supplemental clerk's record containing a copy of the corrected judgment has not yet been filed.

Accordingly, we **ORDER** Dallas County Clerk John F. Warren to file, no later than March 2, 2020, a supplemental clerk's record containing a copy of the corrected judgment. The

supplemental clerk's record shall also include a copy of the trial court's February 5, 2020 "nunc pro tunc order."

We previously suspended the deadline for filing appellant's corrected brief pending correction of the judgment. The judgment having been corrected, we **ORDER** appellant to file his corrected brief within fifteen days of the filing of the supplemental clerk's record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/ KEN MOLBERG
   JUSTICE